JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

    - v. -                         :    08 Cr.

EDWARD PONTIS,                     :

               Defendant.      :

- - - - - - - - - - - - - - - - x



08 CRIM 171

### COUNT ONE

The Grand Jury charges:

1.  On or about January 25, 2008, in the Southern District of New York, EDWARD PONTIS, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 15 grams and more of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812,
841(a)(1), and 841(b)(1)(C).)

### COUNT TWO

The Grand Jury further charges:

2.  On or about January 25, 2008, in the Southern District of New York, EDWARD PONTIS, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a loaded .25

caliber Beretta semi-automatic pistol.

(Title 18, United States Code, Section 924(c)(1)(A).)

COUNT THREE

The Grand Jury further charges:

3. On or about January 25, 2008, in the Southern District of New York, EDWARD PONTIS, the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 20, 2002, in New York Supreme Court, Bronx County, for Criminal Possession of a Narcotic Drug in the Fourth Degree, in violation of New York Penal Law 220.09, a Class C Felony, did possess in and affecting commerce, a firearm, to wit, a loaded .25 caliber Beretta semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EDWARD PONTIS,

Defendant.

### INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(C);
18 U.S.C. §§ 922(g)(1), 924(c)(1)(A).)


            MICHAEL J. GARCIA
         United States Attorney.

A TRUE BILL

                    /s/ Rita Sloan
                        Foreperson

2/29/08 Filed Indictment Case assigned to Judge Castel. s/mag Judge Katz