```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

EDWARD PONTIS

              Defendant.
----------------------------------------------------------x

08 Cr. 0171 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

       Bail is modified to permit the defendant to attend his son's confirmation and celebration on April 25, 2008.

       SO ORDERED.

                                                       P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       April 17, 2008