```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

EDWARD PONTIS,

        Defendant.

------------------------------------------------------------x

08 CR 171 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by government, the conference previously scheduled for May 8, 2008 is adjourned until July 24, 2008 at 10:00 a.m. in Courtroom 12C.

        Motion schedule is amended as follows:

1. Defense motions due on or before 5/29/08;
2. Government's Response due on or before 6/12/08; and
3. Defense Reply due on or before 7/3/08.

I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow defense attorney to discuss the "final plea offer" with his client. Accordingly, the time between today and July 24, 2008 is excluded.

        SO ORDERED.

                                              P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
         May 7, 2008