UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

EDWARD PONTIS,

               Defendant.
-------------------------------------------------------X

**NOTICE OF MOTION**

1:08-cr-00171-PKC-1

**SIRS / MADAM**:

    PLEASE TAKE NOTICE that upon the annexed affirmation of VALERIE CASALI, ESQ., dated December 17, 2021, and upon all proceedings previously held herein, the defendant EDWARD PONTIS, will move this Court before the Honorable Judge P. Kevin Castel, located at the United States Court House, 500 Pearl Street, New York, New York, for an order granting termination of Mr. Pontis's probation.

Dated: Bronx, New York
       December 17, 2021

Respectfully Submitted,

*Valerie Casali*

VALERIE CASALI, ESQ.
Attorney for Defendant
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588

---

*Handwritten annotation by the Court:*

While on supervised release in this case, defendant violated the terms of his supervised release by committing a federal offense, possession with intent to distribute cocaine. (Amended judgment 9/13/2013 (Doc 30).) He admitted to a second violation of supervised release (Amended Judgment 2/5/2016 (Doc 37)) and was sentenced for a second violator of supervised release. While I a[m] pleased with his progress, he is a poor candidate for early termination from his term of supervised release. Application DENIED.

SO ORDERED.

*[signature]* USDJ
5-11-22